[No. 37750-7-I.      Division One.      April 28, 1997.]

RELIANCE, INC., *Appellant*, v. GREGG'S DIESEL
SERVICE, *Defendant*, TACOMA DIESEL AND EQUIPMENT,
INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-21379-2, Charles W. Mertel, J., entered
October 25, 1995. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster and Becker, JJ.


[No. 37851-1-I.      Division One.      April 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON
ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03796-4, Janice Niemi, J., entered
December 22, 1995. *Affirmed* by unpublished per curiam
opinion.


[No. 37935-6-I.      Division One.      April 28, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. GARY
DYKE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-06555-1, Richard A. Jones, J., entered
December 13, 1995. *Reversed* by unpublished opinion per
Agid, J., concurred in by Coleman and Ellington, JJ.


[No. 37960-7-I.      Division One.      April 28, 1997.]

JIM FERNANDO, *Respondent*, v. BERNHILD M.
NIESWANDT, *Appellant*.

Appeal from a judgment of the Superior Court for
Skagit County, No. 92-5-00109-1, George E. McIntosh, J.,
entered December 18, 1995. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Baker, C.J., and
Coleman, J. Now published at 87 Wn. App. 103.